UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>    Plaintiff,<br><br>  v.<br><br>LIZAMA,<br><br>    Defendant. | Case No. 18-cv-01550-JST (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to plaintiff's notice of voluntary dismissal (ECF No. 5), this case is DISMISSED without prejudice. See Fed. R. Civ. P. 41(a).

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
JON S. TIGAR
United States District Judge